IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE: MICHAEL HAYNES                    CASE NO. 1:13-cv-57-MP-GRJ

_____/

# O R D E R

This Court barred Plaintiff from filing any lawsuits in this district unless the pleadings are first reviewed and leave to file is granted by this Court. *See Haynes v. Union Correctional Institution*, Case Nos. 1:08-cv-3-MP-AK, Docs. 4 & 5 (N.D. Fla. 2/26/08) (lead case). Pursuant to this Order the Clerk has referred this case to the undersigned for review of three complaints presented by Plaintiff Michael Haynes, DOC #113299, a Florida inmate presently confined at Union Correctional Institution. Plaintiff has been barred from proceeding *in forma pauperis* pursuant to the three-strikes rule, 28 U.S.C § 1915(g). *See Haynes v. UCI Secretary*, Case No. 3:08-cv-465-J-32TEM, Doc. 3 (M.D. Fla. 5/15/08) (dismissing case pursuant to three-strikes bar, citing cases that qualify as strikes, and noting that Plaintiff has filed approximately 80 cases in that district). Based upon a review of the complaints, the Court is not persuaded that Plaintiff is in imminent danger of serious physical injury, such that he falls within the exception to the application of the three-strikes bar. *See* 28 U.S.C § 1915(g). The Court therefore concludes that leave to file the complaints should not be granted.

Accordingly, it is **ORDERED**:

1. Leave to file the complaints is **DENIED**.

2. The Clerk is directed to send a copy of this order to Plaintiff, and return the original complaints filed by Plaintiff. The clerk should retain an electronic copy of

the complaints and then close the file.

**DONE AND ORDERED** this 21st day of March 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge